FILED IN MY OFFICE
DISTRICT COURT CLERK
4/1/2014 4:24:14 PM
STEPHEN T. PACHECO
ANO

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT


K.S., by and through her parents and next friends,
T.S. and A.R.,

     Plaintiff,

vs.                                                    Case No.   D-101-CV-2014-00491

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

Defendants.

<u>ACCEPTANCE OF SERVICE</u>

     I HEREBY accept service on behalf of Defendant Gary F. Gregor, of the Summons,

Complaint, and Demand for Trial by Jury, in the above-entitled matter.

Dated: _April 1, 2014_

_____
HENRY NARVAEZ
Narvaez Law Firm, P.A.
601 Rio Grande Blvd NW
P.O. Box 25967
Albuquerque, NM 87125-0967
(505) 247-1344
hnarvaez@narvaezlawfirm.com

*Attorney for Defendant Gary F. Gregor*

# EXHIBIT B

Respectfully submitted,

ROTHSTEIN, DONATELLI, HUGHES,
  DAHLSTROM, SCHOENBURG & BIENVENU, LLP

By: _____
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
MAGGIE H. LANE
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, I emailed and mailed a true and

correct copy of the foregoing to the following counsel of record:

Jerry A. Walz, Esq.
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Defendants Ruby E. Montoya*
  *and Espanola Public Schools*

HENRY NARVAEZ
Narvaez Law Firm, P.A.
601 Rio Grande Blvd NW
P.O. Box 25967
Albuquerque, NM 87125-0967
(505) 247-1344
hnarvaez@narvaezlawfirm.com
*Attorneys for Defendant Gary F. Gregor*

2

KEVIN M. BROWN
DESIREE GURULE
Brown Law Firm
2901 Juan Tabo Blvd NE, #208
Albuquerque, NM   87112-1885
kevin@brownlawnm.com
desiree@brownlawnm.com
*Attorneys for Vickie L. Sewing and*
  *Santa Fe Public Schools*

_____

ROTHSTEIN, DONATELLI, HUGHES,
   DAHLSTROM, SCHOENBURG & BIENVENU, LLP