STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

vs.                                        Case No. D-101-CV-2014-00491

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## DEFENDANTS THE SANTA FE PUBLIC SCHOOLS AND VICKIE L. SEWING'S CONSENT TO REMOVAL

COME NOW Defendants Santa Fe Public Schools and Vickie L. Sewing, by and through undersigned counsel, hereby notify the Court and the parties that they consent to the removal of this case by Defendants Espanola Public Schools and Ruby E. Montoya, in her Individual Capacity.

                                                        Respectfully submitted,

                                                        BROWN LAW FIRM
                                                        BROWN & GURULE

                                                        */s/ Desiree D. Gurule*
                                                        DESIREE D. GURULE
                                                        KEVIN M. BROWN
                                                        *Attorneys for Defendants Santa Fe Public*
                                                        *Schools, and Vickie L. Sewing*
                                                        2901 Juan Tabo Blvd. NE, Suite 208
                                                        Albuquerque, NM 87112
                                                        505-292-9677
                                                        Fax: 505-292-9680
                                                        desiree@brownlawnm.com
                                                        kevin@brownlawnm.com

**EXHIBIT D**