STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

vs.                                        Case No. D-101-CV-2014-00491

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## DEFENDANT GARY GREGOR'S CONSENT TO REMOVAL

COME NOW Defendant Gary Gregor, by and through undersigned counsel, hereby notifies the Court and the parties that he consents to the removal of this case by Defendants The Española Public Schools and Ruby E. Montoya.

                                                Respectfully submitted,

                                                NARVAEZ LAW FIRM, P.A.

                                                */s/ Henry F. Narvaez*
                                                HENRY F. NARVAEZ
                                                CARLOS E. SEDILLO
                                                *Attorneys for Defendant Gary F. Gregor*
                                                Post Office Box 25967
                                                Albuquerque, New Mexico 87125-0967
                                                (505) 248-0500

# EXHIBIT E