# K. S.

## v.

## Santa Fe Public Schools, et. al.

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-101-CV-201400491 | Singleton, Sarah | 02/27/2014 | SANTA FE District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | SANTA FE PUBLIC SCHOOLS |
| | ATTORNEY: GURULE DESIREE D. | | |
| | ATTORNEY: BROWN KEVIN M. | | |
| D | Defendant | 2 | SEWING VICKIE |
| | ATTORNEY: GURULE DESIREE D. | | |
| | ATTORNEY: BROWN KEVIN M. | | |
| D | Defendant | 3 | MONTOYA RUBY E. |
| D | Defendant | 4 | GREGOR GARY F. |
| D | Defendant | 5 | ESPANOLA PUBLIC SCHOOLS |
| P | Plaintiff | 1 | S. K. |
| | ATTORNEY: NICHOLS CAROLYN M. | | |

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 2 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 3 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 4 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 5 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

# EXHIBIT F

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 6 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 7 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 8 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 9 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/27/2014 | 10 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 04/22/2014 | CERTIFICATE OF SERVICE | | | | |
| | Certificate of Service - Plaintiff's First Supplemental Disclosures | | | | |
| 04/16/2014 | ENTRY OF APPEARANCE | | | | |
| 04/03/2014 | SUMMONS RETURN | | | | |
| | Summons Return | | | | |
| 04/03/2014 | CERTIFICATE OF SERVICE | | | | |
| | Certificate of Service - Plaintiff's First Initial Disclosures | | | | |
| 04/01/2014 | ACCEPTANCE OF SERVICE | | | | |
| 04/01/2014 | ACCEPTANCE OF SERVICE | | | | |
| | Acceptance of Service | | | | |
| 03/13/2014 | SUMMONS ISSUED | | | | |
| | Espanola Public Schools | | | | |
| 03/13/2014 | SUMMONS ISSUED | | | | |
| | Santa Fe Public Schools | | | | |
| 03/13/2014 | SUMMONS ISSUED | | | | |
| | Gary Gregor | | | | |
| 03/13/2014 | SUMMONS ISSUED | | | | |
| | Vickie Sewing | | | | |
| 03/13/2014 | SUMMONS ISSUED | | | | |
| | Ruby Montoya | | | | |

| | | |
|---|---|---|
| 02/27/2014 | JURY DEMAND 6 PERSON | |
| | Demand for Trial by Jury | |
| 02/27/2014 | OPN: COMPLAINT | |
| | Complaint for Civil Rights Violations, Title IX Violations, Battery, Negligence, and Other Tortious Conduct | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 02/27/2014 | Singleton, Sarah | 1 | INITIAL ASSIGNMENT |