IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., and through her parents and next friends,
T.S. and A.R.,

       Plaintiff,

v.                                             Case No. 1:14-cv-385 RHS/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

       Defendants.

## ENTRY OF APPEARANCE

COME NOW the Brown Law Firm, Brown and Gurulé, by Kevin M. Brown, Desiree D. Gurulé and Keya Koul, and enter their appearance on behalf of Defendants Santa Fe Public Schools and Vickie L. Sewing in the above entitled and numbered cause of action.

                                  Respectfully submitted:

                                  *BROWN LAW FIRM*
                                  *BROWN & GURULÉ*

                                  */s/ Kevin M. Brown  04/28/2014*
                                  KEVIN M. BROWN
                                  Attorney for Defendants
                                  Santa Fe Schools and Vickie Sewing
                                  2901 Juan Tabo NE, Suite 208
                                  Albuquerque, New Mexico  87112
                                  (505) 292-9677
                                  kevin@brownlawnm.com

                                  */s/ Desiree D. Gurulé  04/28/2014*
                                  DESIREE D. GURULÉ
                                  Attorney for Defendants
                                  Santa Fe Schools and Vickie Sewing
                                  2901 Juan Tabo NE, Suite 208
                                  Albuquerque, New Mexico  87112
                                  (505) 292-9677
                                  desiree@brownlawnm.com

/s/ *Keya Koul*  04/28/2014
KEYA KOUL
Attorney for Defendants
Santa Fe Schools and Vickie Sewing
2901 Juan Tabo NE, Suite 208
Albuquerque, New Mexico  87112
(505) 292-9677
keya@brownlawnm.com

I HEREBY CERTIFY that on this 28th day of April, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Carolyn M. "Cammie" Nichols
    cmnichols@rothsteinlaw.com

    Brendan K. Egan
    bkegan@rothsteinlaw.com


/s/ *Kevin M. Brown*
Kevin M. Brown

/s/ *Desiree D. Gurulé*
Desiree D. Gurulé

/s/ *Keya Koul*
Keya Koul