IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

vs.                                                          Case No. 14-cv-00385

**THE SANTA FE PUBLIC SCHOOLS;**
**VICKIE L. SEWING, in her individual capacity;**
**THE ESPANOLA PUBLIC SCHOOLS;**
**RUBY E. MONTOYA, in her individual capacity;**
**GARY F. GREGOR, in his individual capacity;**

    Defendants.

## ENTRY OF APPEARANCE

COME NOW the Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo), hereby enters its appearance of record on behalf of the Defendant, Gary F. Gregor, in the above-entitled and numbered-cause.

                                                                Respectfully submitted,

                                                                **NARVAEZ LAW FIRM, P.A.**

                                                                /s/ Henry F. Narvaez
                                                                HENRY F. NARVAEZ
                                                                CARLOS E. SEDILLO
                                                                *Attorneys for Defendant Gary F. Gregor*
                                                                Post Office Box 25967
                                                                Albuquerque, New Mexico 87125-0967
                                                                (505) 248-0500

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of April, 2014, I filed the foregoing electronically through CMECF, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

ROTHSTEIN, DONATELLI, HUGES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP
Carolyn M. Nichols
Brendan K. Egan
*Attorneys for Plaintiffs*
500 4th St., NW, Suite 400
Albuquerque, NM 87102

WALZ AND ASSOCIATES
JERRY A. WALZ
*Attorney for Defendants Espanola Public Schools, and Ruby E. Montoya*
133 Eubank Blvd. NE
Albuquerque, NM 87123
505-275-1800

THE BROWN LAW FIRM
KEVIN M. BROWN
DESIREE D. GURULE
*Attorneys for Defendants Santa Fe Public Schools, and Vickie L. Sewing*
2901 Juan Tabo Blvd. NE, Suite 208
Albuquerque, NM 87112
505-292-9677


/s/ Henry F. Narvaez
    HENRY F. NARVAEZ