IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

vs.                                                                Case No. 1:14-cv-00385 RHS/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

                Defendants.

## NOTICE OF FILING OF CERTIFIED STATE COURT RECORD

COME NOW Defendants The Española Public Schools and Ruby E. Montoya, by and through counsel, Jerry A. Walz, Walz and Associates, P.C., pursuant to D.N.M. LR-Civ.81.1(a) hereby submit a certified copy of the State Court file in the above captioned matter attached hereto as Exhibit A.

                                                  Respectfully submitted,

                                                  **WALZ AND ASSOCIATES, P.C.**

                                                  */s/ Jerry A. Walz*
                                                  JERRY A. WALZ, ESQ.
                                                  *Attorney for Defendants Española Public*
                                                  *Schools, and Ruby E. Montoya*
                                                  133 Eubank Blvd. NE
                                                  Albuquerque, NM 87123
                                                  505-275-1800
                                                  jerryawalz@walzandassociates.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of April, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

ROTHSTEIN, DONATELLI, HUGES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP
Carolyn M. Nichols
Brendan K. Egan
500 4th St., NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443

BROWN LAW FIRM
Kevin Brown, Esq.
Desiree D. Gurule, Esq.
Keya Koul, Esq.
2901 Juan Tabo Blvd. NE, Suite 208
Albuquerque, NM 87112
(505) 292-9677


NARVAEZ LAW FIRM
Henry Narvaez, Esq.
Carlos Sedillo, Esq.
601 Rio Grande Blvd NW
P.O. Box 25967
Albuquerque, NM 87125-0967
(505) 248-0500

*/s/ Jerry A. Walz*
JERRY A. WALZ