IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., and through her parents and next friends,
T.S. and A.R.,

       Plaintiff,

v.                                                       Case No. 1:14-cv-385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

       Defendants.

## ENTRY OF APPEARANCE

COME NOW the Brown Law Firm, Brown and Gurulé, by Daniel J. Macke, and enters his appearance on behalf of Defendants Santa Fe Public Schools and Vickie L. Sewing in the above entitled and numbered cause of action.

                                                       Respectfully submitted,

                                                       *BROWN LAW FIRM*
                                                       *BROWN & GURULÉ*

                                                       */s/ Daniel J. Macke 05/30/2014*
                                                       DANIEL J. MACKE
                                                       Attorney for Defendants
                                                       Santa Fe Schools and Vickie Sewing
                                                       2901 Juan Tabo NE, Suite 208
                                                       Albuquerque, New Mexico  87112
                                                       (505) 292-9677
                                                       dan@brownlawnm.com

I HEREBY CERTIFY that on this 30th day of May, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Carolyn M. "Cammie" Nichols
    cmnichols@rothsteinlaw.com

    Brendan K. Egan
    bkegan@rothsteinlaw.com

    Jerry A. Walz
    jerryawalz@walzandassociates.com

    Henry Narvaez
    hnarvaez@narvaezlawfirm.com

/s/ *Daniel J. Macke*
Daniel J. Macke