IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

v.                                                       Case No. 1:14-cv-385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## MOTION TO STAY DISCOVERY ON THE BASIS OF QUALIFIED IMMUNITY

      COME NOW the Defendants Santa Fe Public Schools and Vickie L. Sewing, by and through their attorney of record, Brown Law Firm, Brown and Gurulé, by Desiree D. Gurulé and Keya Koul, and hereby submit their Motion to Stay Discovery on the Basis of Qualified Immunity. Counsel for all parties have been contacted for concurrence on the motion. Their positions on the motion are as follows: Co-Defendants do not oppose this motion. Plaintiff opposes this motion.

      A Memorandum in Support of the Motion is filed contemporaneously herewith.

                                                   Respectfully submitted:

                                                   *BROWN LAW FIRM*
                                                   *BROWN & GURULÉ*

*Keya Koul  06/05/14*
KEYA KOUL
Attorney for Defendants
Santa Fe Public Schools
Vickie L. Sewing
2901 Juan Tabo NE, Suite 208
Albuquerque, New Mexico  87112
(505) 292-9677
keya@brownlawnm.com

I HEREBY CERTIFY that on this 5th day of June, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. "Cammie" Nichols
cmnichols@rothsteinlaw.com

Brendan K. Egan
bkegan@rothsteinlaw.com

Jerry A. Walz
jerryawalz@walzandassociates.com

Henry Narvaez
hnarvaez@narvaezlawfirm.com


*/s/Keya Koul*
Keya Koul