IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**K.S., by and through her parents and next friends,
T.S. and A.R.,**

    **Plaintiff,**

vs.                                      Case No. 2014-CV-00385 SCY/KBM

**THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;**

    **Defendants.**

### PLAINTIFFS' UNOPPOSED *NUNC PRO TUNC* MOTION
### TO EXCEED PAGE LIMITATIONS

COME NOW Plaintiffs, by and through their undersigned counsel, and move this Court for leave *nunc pro tunc* to exceed the prescribed page limitation as set forth in D.N.M.LR-Civ. 7.5 in their Response to Defendants' Motion to Dismiss and Assert the Defense of Qualified Immunity (Doc. 34), which was filed by Plaintiffs yesterday. As grounds, Plaintiffs state the following:

1. Plaintiffs required up to twenty-five (25) pages to respond to the motion in order to provide a complete analysis of the important claims at stake on behalf of the Plaintiffs and to ensure that the Court is fully informed about the matters upon which it is asked to rule.

2. Because Plaintiff's were not aware that they required an extension until after normal business hours, the Response was filed one page over the page limitation set forth in D.N.M.LR-Civ. 7.5.

3. Counsel for Defendants, through Desiree Gurule, does not oppose the relief sought in this motion.

WHEREFORE, Plaintiffs pray for leave, *nunc pro tunc*, to file their Response to Defendants' Motion to Dismiss and Assert the Defense of Qualified Immunity (Doc. 34), in excess of the page limitations set forth in D.N.M.LR-Civ. 7.5.

>Respectfully submitted,
>
>ROTHSTEIN, DONATELLI, HUGHES,
>  DAHLSTROM, SCHOENBURG & BIENVENU, LLP
>
>/s/ Carolyn M. "Cammie" Nichols 7/25/2014
>CAROLYN M. "CAMMIE" NICHOLS
>BRENDAN K. EGAN
>500 4th Street, N.W. Suite 400
>Albuquerque, NM 87102
>(505) 243-1443
>(505) 242-7845
>cmnichols@rothsteinlaw.com
>bkegan@rothsteinlaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

>/s/ Carolyn M. "Cammie" Nichols 7/25/2014
>ROTHSTEIN, DONATELLI, HUGHES,
>  DAHLSTROM, SCHOENBURG & BIENVENU, LLP