IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

v.                                               Case No. 1:14-cv-00385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

COME NOW Defendants Santa Fe Public Schools and Vickie L. Sewing, by and through their attorney of record, Brown Law Firm, Brown & Gurulé, by Desiree D. Gurulé and Keya Koul, and hereby give notice that their Motion to Stay Discovery on the Basis of Qualified Immunity, filed on June 5, 2014 (Doc. 20) is ready for a decision by this Court. The following pleadings have been filed in response to the Motion to Stay Discovery:

1. Motion to Stay Discovery on the Basis of Qualified Immunity, filed on June 5, 2014 (Doc. 20).

2. Memorandum in Support of Motion to Stay Discovery on the Basis of Qualified Immunity, filed on June 5, 2014 (Doc. 21).

3. Plaintiffs' Response to Defendants' Motion to Stay Discovery on the Basis of Qualified Immunity, filed on July 21, 2014 (Doc. 35).

4. Defendants' Reply to Plaintiff's Response to Defendants' Motion to Stay Discovery on the Basis of Qualified Immunity, filed on August 18, 2014 (Doc. 42).

1

Respectfully submitted,

*BROWN LAW FIRM*
*BROWN & GURULÉ*

*/s/Keya Koul  08/19/14*
KEYA KOUL
Attorney for Defendants
Santa Fe Public Schools and
Vickie L. Sewing
2901 Juan Tabo NE, Suite 208
Albuquerque, New Mexico  87112
(505) 292-9677
keya@brownlawnm.com

I HEREBY CERTIFY that on this 19th day of August, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. "Cammie" Nichols
cmnichols@rothsteinlaw.com

Brendan K. Egan
bkegan@rothsteinlaw.com

Maggie H. Lane
mhlane@rothsteinlaw.com

Jerry A. Walz
jerryawalz@walzandassociates.com

Henry Narvaez
hnarvaez@narvaezlawfirm.com

*/s/Keya Koul*
Keya Koul