**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable Karen B. Molzen,**
**United States Chief Magistrate Judge**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *K.S. v. Santa Fe Public Schools* | **DATE**: | 11/14/14 |
| **CASE No**: | 14cv0385 SCY/KBM | **COURTROOM CLERK**: | A. McDowell |
| **PROCEEDINGS COMMENCED**: | 2:00 p.m. | **COURT IN RECESS**: | 2:10 p.m. |

**TYPE OF PROCEEDING**: *Rule 16 Initial Scheduling Conference*

**ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**:
Carolyn Nichols

**ATTORNEY(S) PRESENT FOR DEFENDANT(S)**:
Keya Koul – Def. Sewing
Jerry Walz – Defs. EPS & Montoya
Carlos Sedillo – Def. Gregor

**COURT'S RULING(S)**:

I. The Court set the following deadlines:
   a. This case is assigned to a **STANDARD** track.
   b. Discovery completed no later than 5/7/15.
   c. Discovery motions filed no later than 5/14/15.
   d. Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than 2/6/15. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than 3/6/15.
   e. Pre-Trial Motions filed no later than 6/18/15.
   f. Pre-Trial Order from Plaintiff to Defendant no later than 8/7/15.
   g. Pre-Trial Order to Court no later than 8/21/15.

II. The Court will set a settlement conference at a later date.

III. The Court will set a telephonic status conference on Tuesday, 2/17/15 at 2:00 p.m.