IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents
and next friends,
T.S. and A.R.,

      Plaintiff

v.                                                               CIV No. 14-0385 SCY/KBM

SANTA FE PUBLIC SCHOOLS,
VICKIE L. SEWING, in her individual capacity,
ESPANOLA PUBLIC SCHOOLS,
RUBY E. MONTOYA, in her individual capacity,
GARY F. GREGOR, in his individual capacity,

      Defendants.

## **SCHEDULING ORDER**

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a **STANDARD** track classification. Accordingly, the termination date for discovery is **5/7/15**, and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties

by **5/14/15**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

All expert witnesses must be disclosed by the parties, even if the expert is not required to submit a report. See Fed. R. Civ. P. 26(a)(2)(B) & (C). No later than **2/6/15,** Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide any expert reports required pursuant to Fed. R. Civ. P. 26(a)(2)(B) of retained experts and summary disclosures required by Fed. R. Civ. P. 26(a)(2)(C) for any non-retained experts. All other parties shall comply with these same expert disclosure obligations not later than **3/6/15**.

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **6/18/15**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **8/7/15**; Defendant to Court on or before **8/21/15**. Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior

to the time set for trial.  Any exceptions thereto must be upon order of the Court for good cause shown.

SO ORDERED this 14th day of November, 2014.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE