IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents
and next friends,
T.S. and A.R.,

    Plaintiff

v.                                                                           CIV No. 14-0385 SCY/KBM

SANTA FE PUBLIC SCHOOLS,
VICKIE L. SEWING, in her individual capacity,
ESPANOLA PUBLIC SCHOOLS,
RUBY E. MONTOYA, in her individual capacity,
GARY F. GREGOR, in his individual capacity,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, FEBRUARY 17, 2015, at 2:00 p.m.** Counsel shall call my meet-me conference line at 505-348-2353 to be joined to the proceedings.

_____
Karen B. Molzen
U.S. Chief Magistrate Judge