**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**K.S., by and through her parents and next friends,
T.S. and A.R.,**

      **Plaintiff,**

**vs.**                                   **Case No. 14-cv-00385 SCY/KBM**

**THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;**

      **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

      I HEREBY CERTIFY that Defendant Gary Gregor Rule 26 Disclosures were served to

the following parties through their counsel of record:

Carolyn M. Nichols
Brendan K. Egan
*Attorneys for Plaintiffs*
500 4th St., NW, Suite 400
Albuquerque, NM 87102
<u>cmnichols@rothsteinlaw.com</u>
<u>bkegan@rothsteinlaw.com</u>

Jerry A. Walz
*Attorney for Defendants Espanola Public
Schools, and Ruby E. Montoya*
133 Eubank Blvd. NE
Albuquerque, NM 87123
505-275-1800
<u>jerrryawalz@walzandassociates.com</u>

Kevin M. Brown
Desiree D. Gurule
*Attorneys for Defendants Santa Fe Public
Schools, and Vickie L. Sewing*
2901 Juan Tabo Blvd. NE, Suite 208
Albuquerque, NM 87112

505-292-9677
desiree@brownlawnm.com
kevin@brownlawnm.com

Respectfully submitted,

**NARVAEZ LAW FIRM, P.A.**

/s/ Henry F. Narvaez
HENRY F. NARVAEZ
CARLOS E. SEDILLO
P.O. Box 25967
Albuquerque, NM  87125-0967
(505) 248-0500
hnarvaez@narvaezlawfirm.com
csedillo@narvaezlawfirm.com
*Attorneys for Gary F. Gregor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of November, 2014, the foregoing Pleading was filed electronically through CMECF, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:


ROTHSTEIN, DONATELLI, HUGES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP
Carolyn M. Nichols
Brendan K. Egan
*Attorneys for Plaintiffs*
500 4th St., NW, Suite 400
Albuquerque, NM 87102

WALZ AND ASSOCIATES
JERRY A. WALZ
*Attorney for Defendants Espanola Public*
*Schools, and Ruby E. Montoya*
133 Eubank Blvd. NE
Albuquerque, NM 87123
505-275-1800

THE BROWN LAW FIRM
KEVIN M. BROWN
DESIREE D. GURULE
*Attorneys for Defendants Santa Fe Public*
*Schools, and Vickie L. Sewing*
2901 Juan Tabo Blvd. NE, Suite 208
Albuquerque, NM 87112
505-292-9677


/s/ Henry F. Narvaez
    HENRY F. NARVAEZ


3