IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

vs.                              Case No. 2014-CV-00385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 19, 2014, Plaintiff's First Set of Interrogatories to Defendant Vickie L. Sewing and Plaintiff's First Set of Requests for Production to Defendant Vickie L. Sewing were served via email and regular U.S. Mail on Defendant Vickie L. Sewing through her counsel of record:

Desiree D. Gurule
Brown Law Firm
3777 The American Rd NW, Suite 100
Albuquerque, NM  87114
(505) 292-9677
desiree@brownlawnm.com
*Attorneys for Santa Fe Public Schools and Vickie L. Sewing*

On this 19th day of December, 2014 with copies to:

Jerry A. Walz
Walz and Associates
133 Eubank Blvd NE
Albuquerque, NM  87123
(505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Espanola Public Schools and Ruby E. Montoya*

Henry F. Narvaez
Narvaez Law Firm, P.A.
P.O. Box 25967
Albuquerque, NM 87125-0967
(505) 248-0500
hnarvaez@narvaezlawfirm.com
*Attorney for Gary F. Gregor*

        ROTHSTEIN, DONATELLI, HUGHES,
        DAHLSTROM, SCHOENBURG & BIENVENU,
        LLP

        /s/ Carolyn M. "Cammie" Nichols 12/19/2014
        CAROLYN M. ("CAMMIE") NICHOLS
        BRENDAN K. EGAN
        500 Fourth Street NW, Suite 400
        Albuquerque, NM 87102
        (505) 243-1443
        cmnichols@rothsteinlaw.com
        bkegan@rothsteinlaw.com

      I HEREBY CERTIFY that on the 19th day of December, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        /s/ Carolyn M. "Cammie" Nichols 12/19/2014
        ROTHSTEIN, DONATELLI, HUGHES,
        DAHLSTROM, SCHOENBURG & BIENVENU, LLP