IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**K.S., by and through her parents and next friends,
T.S. and A.R.,**

    **Plaintiff,**

vs.                                       Case No. 2014-CV-00385 SCY/KBM

**VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;**

**Defendants.**

### STIPULATED MOTION TO EXTEND
### EXPERT WITNESS DISCLOSURE DEADLINES

    COME NOW the parties, by and through their undersigned counsel, and hereby move this Court for an order extending expert witness disclosure deadlines. As grounds for this Motion, the parties state:

    1.    Plaintiff's current deadline to disclose expert witnesses is February 6, 2015.

    2.    Defendant's current deadline to disclose expert witnesses is March 6, 2015.

    3.    The parties have agreed to extend these deadlines by two weeks to allow their experts more time to prepare reports.

    4.    This extension does not affect any other deadlines.

    WHEREFORE, the parties respectfully request the current expert deadlines be extended as follows:

a.    Plaintiff's expert disclosure deadline be extended from February 6, 2015 to February 20, 2015.

b.    Defendants' expert disclosure be extended from March 6, 2015 to March 20, 2015.

Respectfully submitted,

ROTHSTEIN, DONATELLI, HUGHES,
 DAHLSTROM, SCHOENBURG & BIENVENU, LLP

/s/ Carolyn M. "Cammie" Nichols 1/14/15
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
MAGGIE H. LANE
500 4th Street, N.W. Suite 400
Albuquerque, NM 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
bkegan@rothsteinlaw.com
mlane@rothseinlaw.com
*Attorneys for Plaintiff K.S*

/s/ Jerry A. Walz via email 1/15/2015
Jerry A. Walz
Walz and Associates
133 Eubank Blvd NE
Albuquerque, NM  87123
(505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Espanola Public Schools and Ruby E. Montoya*

*/s/ Keya Koul via email 1/14/2015*
Desiree D. Gurule
Keya Koul
Brown & Gurule
3777 The American Rd NW, Suite 100  Suite 208
Albuquerque, NM  87114
(505) 292-9677
desiree@brownlawnm.com
keya@brownlawnm.com
*Attorneys for Vickie L. Sewing*

*/s/ Carlos Sedillo via email 1/14/2015*
Henry F. Narvaez
Carlos Sedillo
Narvaez Law Firm, P.A.
P.O. Box 25967
Albuquerque, NM  87125-0967
(505) 248-0500
hnarvaez@narvaezlawfirm.com
csedillo@narvaezlawfirm.com
*Attorneys for Gary F. Gregor*