IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

       Plaintiff,

v.                                              Case No. 1:14-cv-00385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

       Defendants.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of January, 2015, originals of Defendant Vickie L. Sewing's Answers to Plaintiffs' First Set of Interrogatories to Defendant Vickie L. Sewing and Defendant Vickie L. Sewing's Responses to Plaintiffs' First Set of Requests for Production to Defendant Vickie L. Sewing, along with a copy of this Certificate of Service were hand delivery to attorneys for Plaintiffs K.S., T.S., and A.R., Carolyn M. "Cammie" Nichols, Brendan K. Egan, and Maggie H. Lane, Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP, 500 4th Street, NW, Suite 400, Albuquerque, NM 87102, and copies mailed to attorneys for Defendants The Espanola Public Schools and Ruby E. Montoya, Jerry A. Walz, Walz and Associates, 133 Eubank Blvd. NE, Albuquerque, NM 87123, and attorneys for Defendant Gary F. Gregor, Henry F. Narvaez and Carlos E. Sedillo, Narvaez Law Firm, PA, P. O. Box 259687, Albuquerque, NM 87125.

Respectfully submitted:

*BROWN LAW FIRM*
*BROWN & GURULE*

*/s/ Keya Koul, 01/16/2015*
KEYA KOUL
Attorney for Defendant Vickie L. Sewing
3777 the American Road NW, Suite 100
Albuquerque, NM 87114
(505) 292-9677
keya@brownlawnm.com

I HEREBY CERTIFY that on the 16th day of January, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. "Cammie" Nichols
cmnichols@rothsteinlaw.com

Brendan K. Egan
bkegan@rothsteinlaw.com

Maggie H. Lane
mhlane@rothsteinlaw.com

Jerry A. Walz
jerryawalz@walzandassociates.com

Henry Narvaez
hnarvaez@narvaezlawfirm.com

Carlos E. Sedillo
csedillo@narvaezlawfirm.com


*/s/ Keya Koul*
Keya Koul