**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


**K.S., by and through her parents and next friends,**
**T.S. and A.R.,**

      **Plaintiff,**

**vs.**                                                                 **CIV No. 14-0385 SCY/KBM**

**VICKIE L. SEWING, in her individual capacity;**
**THE ESPANOLA PUBLIC SCHOOLS;**
**RUBY E. MONTOYA, in her individual capacity;**
**GARY F. GREGOR, in his individual capacity;**

      **Defendants.**

**ORDER GRANTING STIPULATED MOTION TO EXTEND**
**EXPERT WITNESS DISCLOSURE DEADLINES**

THIS MATTER comes before this Court on the parties' Stipulated Motion to Extend Expert Witness Disclosure Deadlines [Doc. 65]. This Court, having reviewed the motion, and having considered that all parties have stipulated to the requested relief, finds that the parties' Stipulated Motion to Extend Expert Witness Disclosure Deadlines is well-taken and should be granted.

      **IT IS THEREFORE ORDERED:**

a.      Plaintiffs shall disclose expert witnesses by February 20, 2015; and

b.      Defendants shall disclose expert witnesses by March 20, 2015.


_____
UNITED STATES CHIEF MAGISTRATE JUDGE

APPROVED:

_/s/ Carolyn M. "Cammie" Nichols 1/14/2015_
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
MAGGIE H. LANE
_Attorneys for Plaintiff K.S._

_/s/ Jerry A. Walz via email 1/15/2015_
**Jerry A. Walz**
**Walz and Associates**
**_Attorney for Espanola Public Schools and Ruby E. Montoya_**

_/s/ Keya Koul via email 1/14/2015_
**Desiree D. Gurule**
**Keya Koul**
**_Attorneys for Vickie L. Sewing_**

_/s/ Carlos Sedillo via email 1/14/2015_
**Henry F. Narvaez**
**Carlos Sedillo**
**_Attorneys for Gary F. Gregor_**