# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

       Plaintiff,

vs.                                                          Case No. 2014-CV-00385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

       Defendants.

## **STIPULATED NOTICE OF AGREED-UPON EXTENSION**

COME NOW the parties, by and through undersigned counsel, Carolyn M. "Cammie" Nichols and Brendan K. Egan of Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP, and Keya Koul of the Brown Law Firm, Brown & Gurulé, and under D.N.M.LR-Civ. 7.4(a) respectfully submit this notice of agreed upon extensions as follows:

    1.    Defendant Vickie L. Sewing filed her Motion to Dismiss [Doc. 64] on January 15, 2015.

    2.    Plaintiff's Response to Defendant Vickie L. Sewing's Motion to Dismiss [Doc. 64] is currently due February 2, 2015.

    3.    Defendant Vickie L. Sewing agrees that Plaintiff has until February 23, 2015 to file her Response to the aforementioned Motion [Doc. 64.

    4.    Additionally, Plaintiff agrees that Defendant Vickie L. Sewing has until March 27, 2015 to file her Reply to the Motion to Dismiss.

Respectfully submitted,

ROTHSTEIN, DONATELLI, HUGHES,
 DAHLSTROM, SCHOENBURG & BIENVENU, LLP

/s/ Carolyn M. "Cammie" Nichols 1/26/2015
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102
(505) 243 1443
cmnichols@rothsteinlaw.com
bkegan@rothsteinlaw.com
*Attorneys for Plaintiff*


BROWN LAW FIRM
BROWN & GURULÉ

/s/ Keya Koul 1/26/2015
KEYA KOUL
3777 The American Rd. NW, Suite 100
Albuquerque, New Mexico 87114
(505) 292-9677
keya@brownlawnm.com
Attorney for Defendant Vickie L. Sewing


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January, 2015, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means.

/s/ Carolyn M. "Cammie" Nichols 1/26/2015
ROTHSTEIN, DONATELLI, HUGHES,
 DAHLSTROM, SCHOENBURG & BIENVENU, LLP