# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

### Before the Honorable Steven C. Yarbrough
### United States Magistrate Judge

**Clerk's Minutes**

*K.S. v. Santa Fe Public School District. et al.*

14cv385 – SCY/KBM

February 4, 2015

**PLAINTIFF'S ATTORNEY PRESENT**:        Cammie Nichols

**DEFENDANTS' ATTORNEYS PRESENT**:     Jerry Walz, Keya Koul, Carlos Sedillo

**TYPE OF PROCEEDING**:     Trial Scheduling Conference
Total Time -  5 minutes

**CLERK'S MINUTES**:

- The Court set trial to begin on October 13, 2015 at 9:00 am.
- The Court concluded the conference.