IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

vs.                                                                                     Case No. 14-cv-00385 SCY/KBM

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

### DEFENDANT GARY GREGOR'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT [DOC. 83]

COMES NOW Defendant Gary Gregor ("Defendant Gregor"), by and through his counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo), hereby provided his Response to Plaintiff's Motion for Leave to Amended the Complaint [Doc. 83].

Within Plaintiff's Response to Defendant Sewing's Motion to Dismiss, Plaintiff moves for leave to amend the Complaint. Plaintiff also attached a proposed Second Amended Complaint to her Motion. As the additions in the Second Amended Complaint do not add any additional allegations or Counts against Defendant Gary Gregor, Defendant Gregor takes no position on Plaintiff's Motion for Leave to Amend the Complaint.

Respectfully submitted,

**NARVAEZ LAW FIRM, P.A.**

/s/ Henry F. Narvaez
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for Defendant Gary F. Gregor*
Post Office Box 25967
Albuquerque, New Mexico 87125-0967
(505) 248-0500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of April, 2015, I filed the foregoing electronically through CMECF, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

ROTHSTEIN, DONATELLI, HUGES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP
Carolyn M. Nichols
*Attorneys for Plaintiffs*
500 4th St., NW, Suite 400
Albuquerque, NM 87102

WALZ AND ASSOCIATES
JERRY A. WALZ
*Attorney for Defendants Espanola Public Schools, and Ruby E. Montoya*
133 Eubank Blvd. NE
Albuquerque, NM 87123
505-275-1800

THE BROWN LAW FIRM
KEVIN M. BROWN
DESIREE D. GURULE
*Attorneys for Defendants Santa Fe Public Schools, and Vickie L. Sewing*
2901 Juan Tabo Blvd. NE, Suite 208
Albuquerque, NM 87112
505-292-9677


/s/ Henry F. Narvaez
    HENRY F. NARVAEZ