IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., and through her parents and next friends,
T.S. and A.R.,

    Plaintiff,

v.                                                      Case No. 1:14-cv-385 SCY/KBM

THE ESPANOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND CASE CAPTION

This matter having come before the Court on the Motion to Amend Case Caption filed by all parties, by and through their counsel of record; noting that the Motion is unopposed; and having reviewed the matters on file herein, and being otherwise fully advised in the premises; **FINDS** that the Motion is well-taken and shall be granted.  **NOW THEREFORE**,

**IT IS ORDERED, ADJUDGED AND DECREED** that the case caption for this case shall be amended to that reflected in the above-referenced case caption on this Order.  The Clerk of the Court is ordered to update the Court's current File and Serve system on this case.

/s/ Steven C. Yarbrough
THE HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

1

BROWN LAW FIRM
BROWN & GURULÉ

*/s/ Keya Koul, 07/13/15*
KEYA KOUL
Attorney for Defendant Vickie L. Sewing
3777 The American Rd. NW
Suite 100
Albuquerque, NM 87114
 (505) 292-9677
keya@brownlawnm.com


Approved:

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP

*/s/ Electronically, 07/08/15*
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
MAGGIE H. LANE
Attorney for Plaintiff
500 4th St. NW
Suite 400
Albuquerque, NM 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
bkegan@rothsteinlaw.com
mhlane@rothsteinlaw.com


WALZ AND ASSOCIATES, P.C.

*/s/ Electronically, 07/09/15*
JERRY A. WALZ
Attorney for Defendants
Española Public Schools and Ruby E. Montoya
133 Eubank Blvd. NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

NARVAEZ LAW FIRM, P.A.

*/s/ Electronically, 07/08/15*
CARLOS E. SEDILLO
HENRY NARVAEZ
Attorney for Defendant Gary Gregor
P.O. Box 259687
Albuquerque, NM 87125
(505) 248-0500
hnarvaez@narvaezlawfirm.com
csedillo@narvaezlawfirm.com