IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.S., by and through her parents and next friends,
T.S. and A.R.,

      Plaintiff,

vs.                                               Case No. 14-CV-00385-SCY/LF

THE SANTA FE PUBLIC SCHOOLS;
VICKIE L. SEWING, in her individual capacity;
THE ESPAÑOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;

      Defendants.

**ORDER GRANTING PAGE LIMIT EXTENSION FOR ESPAÑOLA
PUBLIC SCHOOLS AND RUBY E. MONTOYA'S CONSOLIDATED REPLY BRIEF**

      THIS MATTER have come before the Court on Española Public Schools and Ruby E. Montoya's unopposed motion for a page limit extension for their Consolidated Reply Brief, the Court having reviewed the motion finds it is well taken.

      IT IS THEREFORE ORDERED that Defendants Española Public Schools and Ruby E. Montoya shall have up to 70 pages for their Consolidated Reply Brief.

*[signature: Steve Yarbrough]*
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

Submitted by:

/s/ Jerry A. Walz
JERRY A. WALZ
*Attorney for Defendants Española Public Schools
and Ruby E. Montoya*


Approved:

Approved via email on 07/21/16
CAROLYN M. "CAMMIE" NICHOLS
ALICIA C. LOPEZ
*Attorneys for Plaintiff K.S.*


Approved via email on 07/21/16
Henry F. Narvaez
Carlos E. Sedillo
*Attorneys for Defendant Gary F. Gregor*