IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption:     *K.S. v. Santa Fe Public Schools et al*
             1:14-cv-00385-SCY-LF

Date & Time: Friday, August 12, 2016, 9:00 a.m.

Appearances for Plaintiffs:  *(Alicia on here / her way)*
Alicia Consuelo Lopez
Carolyn M. Nichols  *Carol Nichols*
~~Maggie H Lane~~
~~Brendan K. Egan~~

Appearances for Defendants
Espanola Public Schools and Ruby E. Montoya:
Jerry A. Walz  *Jerry A. Walz*

Appearances for Defendant
Gary F. Gregor:
Henry F. Narvaez  *Henry Narvaez*
Carlos E. Sedillo  *Carlos Sedillo*

Plaintiff(s) in Attendance:
A   8
T   8
K   8

Defendant(s) in Attendance:
Superintendent Eric V. Martinez
Espanola Public Schools
Jim Garrison - JER Settlements
Sammy Quintana  NMPSIA
Marc A. Bernstein (CCMSI, TPA)
Greg Ramirez (CCMSI / NMPS)
→ private company.

Others Attending:

_X_ Case settled. Per order filed concurrently, closing documents due on __October 11, 2016__.

___ Case did not settle.

___ Settlement efforts to be continued on _____ at _____.

_X_ Pecos Courtroom; Time in Court= __6 hours__.