IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**K.S., by and through her parents and next friends,**
**T.S. and A.R.,**

        **Plaintiff,**

vs.                                            Case No. 14-CV-00385-SCY/LF

**THE ESPAÑOLA PUBLIC SCHOOLS;**
**RUBY E. MONTOYA, in her individual capacity;**
**GARY F. GREGOR, in his individual capacity;**

        **Defendants.**

## UNOPPOSED MOTION FOR ORDER OF DISMISSAL
## WITH PREJUDICE OF PLAINTIFF'S LAWSUIT AND NAMED DEFENDANTS

COME NOW Defendants Española Public Schools and Ruby E. Montoya, by and through their attorney, Jerry A. Walz, Walz and Associates, P.C., and Gary F. Gregor by and through his attorneys, Henry Narvaez and Carlos Sedillo, the Narvaez Law Firm, and hereby move to have Plaintiff's lawsuit and the Defendants named therein dismissed with prejudice and as grounds therefore state as follows:

1. The parties have amicably resolved their differences; and,

2. Plaintiff's counsel concur in the entry of this relief.

WHEREFORE, the moving Defendants respectfully request that Plaintiff's Lawsuit and the Defendants named therein be dismissed with prejudice and the parties bear their own costs and attorney fees.

Respectfully submitted,

**WALZ AND ASSOCIATES, P.C.**

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
*Attorney for Defendants Española Public Schools, and Ruby E. Montoya*
133 Eubank Blvd. NE
Albuquerque, NM 87123
505-275-1800

And

NARVAEZ LAW FIRM

*/s/ Henry Narvaez*
HENRY NARVAEZ, ESQ.
CARLOS SEDILLO, ESQ.
*Attorneys for Defendant Gary F. Gregor*
601 Rio Grande Blvd NW
P.O. Box 25967
Albuquerque, NM 87125-0967
(505) 248-0500

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of October, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

ROTHSTEIN, DONATELLI, HUGES,
DAHLSTROM, SCHOENBURG & BIENVENU, LLP
Carolyn M. Nichols, Esq.
Alicia C. Lopez, Esq.
500 4th St., NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443


*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.