# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**K.S., by and through her parents and next friends,
T.S. and A.R.,**

**Plaintiff,**

**vs.**                                                     **Case No. 14-CV-00385-SCY/LF**

**THE ESPAÑOLA PUBLIC SCHOOLS;
RUBY E. MONTOYA, in her individual capacity;
GARY F. GREGOR, in his individual capacity;**

**Defendants.**

## ORDER DISMISSING PLAINTIFF'S
## LAWSUIT AND NAMED DEFENDANTS WITH PREJUDICE

THIS MATTER having come before the Court on the Moving Defendants' Unopposed Motion for the entry of an Order of Dismissal With Prejudice, the Court having reviewed the motion and noting that it is unopposed hereby determines the following:

IT IS HEREBY ORDERED that Plaintiff's Lawsuit be and hereby is dismissed with prejudice and that named defendants Española Public Schools, Ruby E. Montoya and Gary Gregor are likewise dismissed with prejudice. Further, the parties shall bear their own attorney fees and costs.

UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

1

Submitted by:

/s/ Jerry A. Walz
JERRY A. WALZ, ESQ.
*Attorney for Defendants Española Public Schools*
*and Ruby E. Montoya*

Approved:

Approved via email on 10/10/16
CAROLYN M. "CAMMIE" NICHOLS, ESQ.
ALICIA C. LOPEZ, ESQ.
*Attorneys for Plaintiff K.S.*

Approved via email on 10/10/16
HENRY F. NARVAEZ, ESQ.
CARLOS E. SEDILLO, ESQ.
*Attorneys for Defendant Gary F. Gregor*